## 53101. AMEAGLE CONTRACTORS, INC. v. COUCH CONSTRUCTION COMPANY, INC.

BELL, Chief Judge.

This appeal was taken from a judgment entered on April 13, 1976. The record reflects that on April 13, 1976 the following was entered by the trial court:

"*Judgment*

" The above styled case, having come on for trial before the jury on the 7th day of April, and the Jury having returned a verdict on the 8th day of April in favor of the Plaintiff in the amount of $3,276.10 plus interest at the rate of seven percent from October 10, 1974, plus interest of $351.96, and all costs of court. $36.50."

This purported judgment is not a judgment but merely a recitation of a jury verdict. A jury verdict is not an appealable judgment. *Interstate Fire Ins. Co. v. Chattam,* 222 Ga. 436 (150 SE2d 618). In the absence of an appealable judgment, this court has no jurisdiction and the appeal must be dismissed.

*Appeal dismissed. McMurray and Smith, JJ., concur.*

ARGUED JANUARY 17, 1977 — DECIDED JANUARY 26, 1977.

*William O. Green, Jr.,* for appellant.
*Dewey Smith,* for appellee.